THE PHILADELPHIA, READING AND NEW ENGLAND RAILROAD COMPANY, Appellant, *v.* JACOB S. BOWMAN, Respondent.

*Philadelphia, R. & N. E. R. R. Co.* v. *Bowman,* 23 App. Div. 170, affirmed.

(Argued May 3, 1900; decided May 22, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 10, 1898, affirming a judgment of Special Term confirming the report of commissioners appointed to determine the compensation to be made for real estate taken for railroad purposes under condemnation proceedings.

*Milton A. Fowler* for appellant.

*Robert F. Wilkinson* for respondent.

Judgment affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN and WERNER, JJ. Not sitting: CULLEN, J.

---

MARY WELLS, Respondent, *v.* THE METROPOLITAN LIFE INSURANCE COMPANY, Appellant.

*Wells* v. *Metropolitan L. Ins. Co.*, 19 App. Div. 18, affirmed.
(Argued May 3, 1900; decided May 22, 1900.)

APPEAL from a judgment and order of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 23, 1897, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*William S. Jenney* for appellant.

*D. P. Morehouse* for respondent.

Judgment and order affirmed, with costs, on prevailing opinion below.

Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.